UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALPHONSO TATUM,

Plaintiff,

v.

OROVILLE POLICE DEPARTMENT,

Defendant.

No. 2:26-cv-2700 AC P

ORDER

On August 19, 2026, plaintiff was ordered to file a completed in forma pauperis application with the certificate portion completed or with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint; plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit the filing fee or a completed in forma pauperis application *with the completed certificate portion* or a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Failure to comply with this

order will result in a recommendation that this action be dismissed without further warning.

DATED: October 8, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE